# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02806-NYW

WILLIAM GERARDO GARCIA REYES,

     Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility, Aurora, Colorado,
GEORGE VALDEZ, Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, Acting Attorney General of the United States, all in their official capacities,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on July 14, 2026 [Doc. 10], it is

ORDERED that in light of the representations in the Joint Status Report [Doc. 9], final judgment is hereby entered in favor of Petitioner and against Respondents.  It is

FURTHER ORDERED that Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 15th day of July, 2026.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> By: s/Emily Buchanan
> Emily Buchanan, Deputy Clerk